**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 97-20702**

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**VERSUS**

**ALVIN PRINCE JONES,**

**Defendant-Appellant.**

Appeal from the United States District Court
for the Southern District of Texas, Houston
(H-97-CR-38-1)

November 6, 1998

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED. <u>See</u> 5th R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.